# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0313

_____

KENNETH D. HODGES,

Petitioner,

v.

STATE OF FLORIDA, et al.,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

May 11, 2018

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth D. Hodges, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondents.